UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**AMANDA HEATHER HOLLAND,**
    Petitioner,

v.

**GARRETT,**
    Respondent.

**Case No. 7:22-cv-819-CLM-HNJ**

## MEMORANDUM OPINION

    The magistrate judge has entered a report, recommending that the court deny Petitioner Amanda Heather Holland's § 2241 petition (doc. 1) and dismiss her claims without prejudice for failing to exhaust her administrative remedies. (Doc. 10). Alternatively, the magistrate judge recommended dismissing Holland's § 2241 petition on the merits. (*Id.*). Holland was advised of her right to file objections within 14 days, but that time has expired and the court has received no objections.

    After careful consideration of the record, and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny Holland's § 2241 petition and dismiss her claims without prejudice. If Holland becomes eligible to have her earned time credits under the First Step Act applied to her federal sentence and BOP refuses to apply those credits, Holland may refile her petition after she exhausts her administrative remedies. The court will enter a separate final judgment that closes this case.

    **Done** on July 24, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE